AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JOAQUIM VERGILIO BARBOSA-NETO

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1684-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May through August of 2003__ in __Middlesex__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly transfer identification documents knowing such to have been produced without lawful authority

in violation of Title __18__ United States Code, Section(s) __1028(a)(2)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title
facts:

See attached affidavit incorporated as part herein

Continued on the attached sheet and made a part hereof:  [x] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__2-26-04__ at __BOSTON, MASSACHUSETTS__
Date                                                     City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE _____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.