AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

─────────────── DISTRICT OF ───────────────

UNITED STATES OF AMERICA

V.

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, __Joaquim Barboca__, charged in a (complaint)(petition) pending in this District with __transferring false SSN & Green Card__ in violation of Title __18__, U.S.C., __1028(a)(2)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination)(hearing), do hereby waive (give up) my right to a preliminary (examination)(hearing).

_____
Defendant

03-12-04
Date

_____
Counsel for Defendant