UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            v.                        )<br>                                      )<br> JOAQUIM VERGILIO BARBOZA-NETO,       )<br>            Defendants,               )<br>                                      ) | CRIMINAL ACTION<br>NO. 04-1684-CBS |

**MEMORANDUM OF PROBABLE CAUSE AND**
**ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION**
**March 17, 2004**

**SWARTWOOD, M.J.**

   I.  Nature of the Offense and the Government's Motion

   On February 26, 2004, a Criminal Complaint was filed charging Joaquim Vergilio Barboza-Neto ("Mr. Barboza"), with knowingly transferring identification documents that he knew had been produced without lawful authority, in violation of 18 U.S.C. §1028(a)(2).

   On March 5, 2004, Mr. Barboza appeared for his initial appearance in connection with this Complaint and at that time, he was advised of his right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C.

§3142(f)(2)(A)(risk of flight). The matter was then continued for a consolidated probable cause/detention hearing to be held on March 12, 2004.

On March 12, 2004, Mr. Barboza waived his right to a probable cause hearing and assented to an Order of Detention, but reserved his right a detention hearing in the future.

## II. <u>Order of Detention Pending Trial</u>

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Barboza be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Mr. Barboza be afforded a reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Barboza is detained and confined shall deliver Mr. Barboza to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/s/ Charles B. Swartwood
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
